IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| MACIO EDMUNDS, JR.,<br><br>          Plaintiff,<br><br>   v.<br><br>NESTLE USA, INC.,<br><br>        Defendant. | Civil Action No.  7:17-cv-00229-MGL<br><br>**ORDER** |

Defendant Nestle USA, Inc. moved the Court for an Order to substitute defendants names from Nestle USA, Inc. to the correct legal entity, which is Nestle Dreyers Ice Cream Company. All parties have consented to the substitution.  THEREFORE, with the consent of all parties, this Court hereby GRANTS the Consent Motion to Substitute Defendant.  Henceforth, the name of the defendant shall be Nestle Dreyers Ice Cream Company.

Nestle USA, Inc. is hereby dismissed as a defendant without prejudice.

This change shall be notated in the case caption and in the Court's records.

IT IS SO ORDERED.

s/Mary Geiger Lewis
The Honorable Mary Geiger Lewis
United States District Judge

February 13, 2017

Columbia, South Carolina